458 A.2d 283

Commonwealth v. Devore, Appellant.

Submitted April 27, 1982. Richard W. Epstein, for appellant; Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.

458 A.2d 283

Commonwealth v. DiGiorgio, Appellant.

Argued January 18, 1983. Steven R. Geroff, for appellant; Ronald D. Castille, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.